UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ESEQUIEL RICO, <br> Defendant. | Case No.: ED 14-473M <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( X ) information in the Pretrial Services Report and Recommendation

    ( X ) information in the violation petition and report(s)

    ( X ) the defendant's nonobjection to detention at this time

    ( X ) other: Instant allegations, criminal history, substance abuse, mental

1

1           <u>health issues, unemployment, no available sureties.</u>

2       and/ or

3 B. ( )   The defendant has not met his/her burden of establishing by clear and

4        convincing evidence that he/she is not likely to pose a danger to the safety

5        of any other person or the community if released under 18 U.S.C.

6        § 3142(b) or (c).  This finding is based on the following:

7          ( )   information in the Pretrial Services Report and Recommendation

8          ( )   information in the violation petition and report(s)

9          ( )   the defendant's nonobjection to detention at this time

10         ( )   other: _____

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 revocation proceedings.

14

15 Dated:   December 15, 2014

16                                       KENLY KIYA KATO
                                       United States Magistrate Judge